# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2018

157865 & (22)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

THOMAS J. O'BRIEN,
      Plaintiff-Appellee,

v

ANN MARIE D'ANNUNZIO,
      Defendant-Appellant.

SC: 157865
COA: 343115
Oakland CC: 2004-693882-DC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 29, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2018



t0612

                       Clerk